IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARY CLAYTON VIENS,<br><br>Plaintiff,<br>v.<br><br>GABRIEL POWER et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:23CV00930-DAK<br><br>Judge Dale A. Kimball |

Mr. Viens has filed two motions, both of which the court denies. First, he has filed a motion "to verify if deficiencies were corrected."[1] He has also filed a motion for service of process.[2] The court will screen Mr. Viens's Amended Complaint[3] in due course, and if the deficiencies identified in the court's previous order[4] have been adequately cured, the court will order service of process. Mr. Viens need not do anything further to trigger this process. *See id.* § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in such cases.").

Accordingly, IT IS THEREFORE ORDERED that Mr. Viens's Motion to Verify [ECF No. 26] is DENIED, and his Motion for Service of Process [ECF NO. 27] is also DENIED. If,

---

[1] ECF No. 26.

[2] ECF No. 27.

[3] ECF No. 21.

[4] ECF No 16.

after the case is screened, it appears that the case has merit and states a claim upon which relief may be granted, the court will order service of process.

DATED this 3rd day of February 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge